FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 3 1 2014

JAMES N. HATTEN, Clerk
BY:
Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **GEORGE JACKSON, individually, and MONTREASE COLEMENT, individually,** | ) ) ) |
| | ) **CIVIL ACTION NO.:** |
| **Plaintiffs,** | ) **1:14-CV-3509** |
| | ) |
| **v.** | ) |
| | ) |
| **ROOHI ABUBAKER, M.D. AND MOREHOUSE HEALTHCARE, INC.** | ) ) |
| | ) |
| **Defendants.** | ) |
| | ) |

### NOTICE OF REMOVAL BY DEFENDANT
### ROOHI ABUBAKER, M.D.

To: The Honorable Judges of the United States District Court for the Northern District of Georgia, Atlanta Division

Defendant Roohi Abubkaer, M.D. ("Dr. Abubkaer"), by and through the

undersigned counsel, hereby gives notice, pursuant to 28 U.S.C. §§ 1441 and

1442(a), that she is removing the action styled *George Jackson, individually and*

*Montrease Coleman, individually, v. Roohi Abubaker, M.D. and Morehouse Healthcare,*

*Inc.*, Civil Action File No. 2014CV251602, currently pending in the Superior

Court of Fulton County, Georgia, to the United Stated District Court for the

1

Northern District of Georgia, Atlanta Division. In support, Dr. Abubkaer show as follows:

1.  On September 17, 2014, Plaintiffs filed a civil action in the Superior Court of Fulton County, Georgia, styled *George Jackson, individually and Montrease Coleman, individually, v. Roohi Abubaker, M.D. and Morehouse Healthcare, Inc.,* Civil Action File No. 2014CV251602 (the "Superior Court Action").

2.  At all times relevant to Plaintiffs' Complaint filed in the Superior Court Action, Dr. Abubaker was a federal employee acting within the scope of her employment. *See* Certification, attached hereto as *Exhibit A*.

3.  The Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 2671, *et seq.*, as amended by the Federal Employees Liability Reform and Tort Compensation Act of 1988 (the "Westfall Act"), Pub. L. No. 100-694 §§ 5, 6, 102 Stat. 4563 (1988) (codified at 28 U.S.C. § 2679), provides that a suit against the United States shall be the exclusive remedy for persons with claims for damages resulting from the actions of federal employees taken within the scope of their office or employment. *See* 28 U.S.C. § 2679(b)(1).

4.  The FTCA provides that federal district courts shall have exclusive jurisdiction of civil actions asserting claims against the United States. *See* 28 U.S.C. § 1346(b).

2

5.      The FTCA further provides that "Upon certification by the Attorney
        General that the defendant employee was acting within the scope of his
        office or employment at the time of the incident out of which the claim
        arose, any civil action or proceeding commenced upon such claim in a
        State court *shall be removed* without bond *at any time before trial* by the
        Attorney General to the district court of the United States for the district
        and division embracing the place in which the action or proceeding is
        pending." 28 U.S.C. § 2679(d)(2) (emphasis added).

6.      The above-captioned action is one that may be removed to this Court
        pursuant to 28 U.S.C. § 1442(a).

7.      In accordance with 28 U.S.C. § 1446(a) and applicable Local Rules, copies
        of all process, pleadings, and orders served upon Dr. Abubaker in this
        action are attached hereto as *Exhibit B*.


        WHEREFORE, Dr. Abubaker prays that the above-captioned action now

pending in the Superior Court of Fulton County, State of Georgia, be removed

therefrom to this Court, and to effect and prepare in this Court the true record of

all proceedings that may have been had in the Superior Court of Fulton County,

Georgia.

3

Respectfully submitted, this 31st day of October, 2014.

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

DARCY F. COTY
ASSISTANT U.S. ATTORNEY
Georgia Bar No. 259280
United States Attorney's Office
Richard B. Russell Building
75 Spring Street, S.W., Suite 600
Atlanta, Georgia 30303
(404) 581-6043
(404) 581-4667 (facsimile)
darcy.coty@usdoj.gov

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGE JACKSON, individually, and MONTREASE COLEMENT, individually, | ) ) ) |
| | ) **CIVIL ACTION NO.:** |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| ROOHI ABUBAKER, M.D. AND MOREHOUSE HEALTHCARE, INC. | ) ) |
| | ) |
| Defendants. | ) |

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was, this day, sent by first class

mail, postage prepaid to the following:

Chrisna Jones
Law Offices of Chrisna D. Jones, LLC
1031 Juniper Street, N.E.
Atlanta, GA 30309

Wayne D. McGrew, III
Carlock Copeland
191 Peachtree Street NE, Suite 3600
Atlanta, Georgia 30303

This 31st day of October, 2014.

DARCY F. COTY
ASSISTANT U.S. ATTORNEY

1