IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGE JACKSON, individually, and MONTREASE COLEMENT, individually, </br></br>PlaintiffS, </br></br>v. </br></br>ROOHI ABUBAKER, M.D. AND MOREHOUSE HEALTHCARE, INC. </br></br>Defendants. | ) ) ) ) ) CIVIL ACTION NO.: ) ) 1:14-cv-03509-CAP ) ) ) ) ) ) ) ) |

**NOTICE OF SUBSTITUTION**

PLEASE TAKE NOTICE that pursuant to the Federal Employees Liability Reform and Tort Compensation Act of 1988 (the "Westfall Act"), Pub. L. No. 100-694 §§ 5, 6, 102 Stat. 4563 (1988) (codified at 28 U.S.C. § 2679) and the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 2671, *et seq.*, the United States is hereby substituted for Defendant Roohi Abubaker, M.D. ("Dr. Abubaker") in this action. The grounds for this substitution are:

1. The FTCA, as amended by the Westfall Act, provides that a suit against the United States shall be the exclusive remedy for persons with claims for

1

damages resulting from the actions of federal employees taken within the scope of their office or employment.  *See* 28 U.S.C. § 2679(b)(1).

2.  Section 6 of the Westfall Act provides that upon certification by the Attorney General that a federal employee was acting within the scope of his office or employment at the time of the incident giving rise to a tort claim against him, any civil action arising out of the incident "shall be deemed an action against the United States . . . and the United States shall be substituted as the party defendant" for such claim.  28 U.S.C. § 2679(d)(1).  The Attorney General has delegated certification authority to United States Attorneys under 28 C.F.R. § 15.3(a).

3.  Dr. Abubaker at all times relevant to this action was an employee of the Department of Veterans Affairs, and therefore an employee of the federal government.

4.  In rendering care to Plaintiffs' decedent, Dr. Abubaker was acting within the scope of her employment with SMC.

5.  The United States Attorney for the Northern District of Georgia has certified that, at the time of the conduct alleged in the Complaint, Dr. Abubaker was an employee of the Department of Veterans Affairs and that she was acting

within the scope of her employment with the Department of Veterans Affairs at all times relevant to this action. (Docket No. 1-1).

6. The court is respectfully referred to the Certification filed with Dr. Abubaker's Notice of Removal. (Docket No. 1-1).

7. For the foregoing reasons, the United States is substituted as Defendant with respect to Plaintiffs' alleged causes of action against Dr. Abubaker.

Respectfully submitted, this 5th day of November, 2014.

                        SALLY QUILLIAN YATES
                        UNITED STATES ATTORNEY

                        /s/ Darcy F. Coty
                        DARCY F. COTY
                        ASSISTANT U.S. ATTORNEY
                        Georgia Bar No. 259280
                        United States Attorney's Office
                        Richard B. Russell Building
                        75 Spring Street, S.W., Suite 600
                        Atlanta, Georgia  30303
                        (404) 581-6043
                        (404) 581-4667 (facsimile)
                        darcy.coty@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| GEORGE JACKSON, individually, and MONTREASE COLEMENT, Individually, : : : : : Plaintiffs, : : vs. : : ROOHI ABUBAKER, M.D. AND MOREHOUSE HEALTHCARE, INC. : : : Defendants. : : | CIVIL ACTION No 1:14-CV-3509 |

## CERTIFICATE OF COMPLIANCE

I certify that the documents to which this certificate is attached have been prepared with one of the font and point selections approved by the Court in Local Rule 5.1B for documents prepared by computer.

This 5th day of November, 2014.

/s/ Darcy F. Coty
DARCY F. COTY
ASSITANT U.S. ATTORNEY

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGE JACKSON, individually, and MONTREASE COLEMENT, individually, <br><br>PlaintiffS, <br><br>v. <br><br>ROOHI ABUBAKER, M.D. AND MOREHOUSE HEALTHCARE, INC. <br><br>Defendants. | ) ) ) ) ) CIVIL ACTION NO.: ) ) 1:14-cv-03509-CAP ) ) ) ) ) ) ) ) |

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE OF SUBSTITUION was, this day, sent by first class mail, postage prepaid to the following:

Chrisna Jones
*Counsel for Plaintiffs*

Wayne Dale McGrew , III
*Counsel for Morehouse Healthcare, Inc.*

This 5th day of November, 2014.

/s/ Darcy F. Coty
DARCY F. COTY
ASSISTANT U.S. ATTORNEY

1