IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGE JACKSON, individually, and <br> MONTREASE COLEMAN, individually <br> <br> Plaintiffs, <br> vs. <br> <br> ROOHI ABUBAKER, M.D. and <br> MOREHOUSE HEALTHCARE, INC., <br> <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:14-CV-03509-AT <br> ) <br> ) <br> ) <br> ) <br> ) |

**CONSENT ORDER DISMISSING LESS THAN ALL DEFENDANTS**

It appearing to the Court that the parties have consented hereto and for good cause shown,

IT IS HEREBY ORDERED AND ADJUDGED that Defendant Morehouse Healthcare, Inc. be dismissed from this action, without prejudice.

SO ORDERED this 2nd day of December, 2014.

_____
Amy Totenberg, U.S. District Court Judge

Order Prepared by:

CARLOCK, COPELAND & STAIR, LLP

By:  /s/ Wayne D. McGrew, III
 Wayne D. McGrew, III
 Georgia Bar No. 493216
 191 Peachtree Street, N.E., Suite 3600
 Atlanta, Georgia 30303
 (404) 522-8220
 *Attorney for Defendants*

1

Consented to by:

LAW OFFICES OF CHRISNA D. JONES, LLC

By: /s/ *Chrisna D. Jones*
Chrisna D. Jones
Georgia Bar No. 731598
1031 Juniper Street, N.E.
Atlanta, Georgia  30309
(404) 419-9494
*Attorney for Plaintiffs*


SALLY QUILLIAN YATES, U.S. ATTORNEY

By: /s/ *Darcy F. Coty*
Darcy F. Coty, Assistant U.S. Attorney
Georgia Bar No. 259280
United States Attorney's Office
Richard B. Russell Building
75 Spring Street, S.W., Suite 600
Atlanta, Georgia  30303
(404) 581-6043
*Attorney for United States*

4897364v.1